CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 29 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Case No. 5-08-cr-00039-004<br>) |
| v. | ) **ORDER**<br>) |
| BIANCA LAVINIA MAYNARD,<br><br>Defendant. | ) By: Glen E. Conrad<br>) United States District Judge<br>) |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: October 29, 2009

/s/ Glen E. Conrad
United States District Judge